WILLIAM ALLISON, Respondent, *v.* ELMER E. HUBBARD, Appellant.

*Allison* v. *Hubbard*, 115 App. Div. 894, affirmed.
(Argued November 1, 1907; decided November 19, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 9, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action for conversion.

*Arthur L. Chapman* and *H. C. Teepell* for appellant.

*F. B. Pitcher* and *C. H. Walts* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.